***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted September 14, affirmed October 12, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TYLER STEVEN BERG,
*Defendant-Appellant.*

Lincoln County Circuit Court
20CR32167; A174988

Thomas O. Branford, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kyle Krohn, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Lauren P. Robertson, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Brass*, 310 Or App 602, 485 P3d 289, *rev den*, 368 Or 514 (2021).